UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

**In re:**

   **Kristoph Kleiner.**                                        Case # 21-mc-138

_____

## ORDER
### GRANTING APPLICATION FOR EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES

This matter is before the Court upon the application and request by Kristoph Kleiner for an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

Based on the application before it, THE COURT FINDS that Kristoph Kleiner, as a researching at Indiana University, falls within the class of users listed in the fee schedule as being eligible for a fee exemption, and FURTHER FINDS that Kristoph Kleiner has demonstrated he needs an exemption to avoid unreasonable burdens and to promote public access to information.

Accordingly, THE COURT ORDERS that Kristoph Kleiner shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his Economics graduate course. This Order does <u>not</u> exempt Kristoph Kleiner from the payment of fees incurred in connection with other uses of the PACER system in this court. THE COURT FURTHER ORDERS that the following limitations apply:

1. This fee exemption applies only to Kristoph Kleiner and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system.
3. By accepting this exemption, Kristoph Kleiner agrees not to sell for profit any data obtained as a result of receiving this exemption.
4. Kristoph Kleiner is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.
5. This exemption is valid only until **December 31, 2021**.

THE COURT FURTHER ORDERS that this exemption may be revoked at the discretion of the Court at any time.

The Clerk is directed to send a copy of this Order to the PACER Service Center.

**SO ORDERED**.

_____
September 30, 2021                                                  Colleen A. Brown
Burlington, Vermont                                                 United States Bankruptcy Judge